CLAIR COBB, Appellant, *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.

Argued March 8, 1951; decided May 17, 1951.

*John W. Hollis* for appellant.

*Arthur O. Kaiser, Haughton Bell* and *E. A. Voegeli* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.